# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ARCTIC CAT, INC.,

               Plaintiff,

v.

SABERTOOTH MOTOR GROUP, LLC,
and SABERTOOTH MOTORCYCLES,
LLC,

               Defendants.

Civil No. 13-146 (JRT/JSM)

**ORDER ON REPORT AND RECOMMENDATION**

    Lora Mitchell Friedemann, Nikola Datzov, Laura Myers, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for plaintiff,

    Dean C. Eyler, Ashley Bennett Ewald, Daniel Ringquist, Loren Hansen, **GRAY PLANT MOOTY,** 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, for defendants.

    The above matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 1, 2016. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

**IT IS HEREBY ORDERED** that

    1.    Defendants' Motion to Unseal Court Orders [Docket No. 281] is **GRANTED** and Docket Nos. 227, 240 and 241 are unsealed.

     2.     Plaintiff's Request for Limitations on Dissemination of the Orders to the Media is **DENIED**.

     3.     Ten days following the issuance of this Order, the parties shall take the actions set forth in Section III of the Report and Recommendation.

DATED: August 23, 2016
at Minneapolis, Minnesota

                                                         s/John R. Tunheim
                                                         JOHN R. TUNHEIM
                                                                 Chief Judge
                                            United States District Court